Entered on Docket September 18, 2019

**Below is the Order of the Court.**

**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

TIMOTHY W. DORE
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

In re:

Douglas Andes Rice, Jr. and
Marisa Ann Rice,

Debtors.

Bankruptcy No. 19-12993-TWD

**ORDER DIRECTING CLOSURE OF CASE WITHOUT DISCHARGE**

THIS MATTER came before the Court on the Court's Order to Show Cause for Eligibility for Discharge [Docket No. 11]. The Court reviewed the docket and found that the Debtors received a discharge in a prior case that was commenced within the time period specified in 11 U.S.C. § 1328(f).

Now, therefore, it is hereby ORDERED that when the above-captioned case is completed, it shall be closed without entry of a discharge.

/// End of Order ///

ORDER DIRECTING CLOSURE OF CASE WITHOUT DISCHARGE