Entered on Docket October 15, 2019

**Below is the Order of the Court.**



_____
**Timothy W. Dore
U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>DOUGLAS ANDES RICE, JR. and<br><br>MARISA ANN RICE,<br><br>      Debtor(s). | IN CHAPTER 13 PROCEEDING<br>NO. 19-12993-TWD<br><br>ORDER DENYING CONFIRMATION |

THIS MATTER came before the Court on the Chapter 13 Trustee's Objection to Confirmation (ECF No. 27). Based on the agreement of the parties, it is

ORDERED that:

1) Confirmation of the debtors' plan (ECF No. 2) and amended plans (ECF Nos. 15 and 23) is denied;

2) By November 1, 2019, the debtors shall file, note and properly serve a feasible amended plan. The debtors shall set the amended plan for hearing on the Court's December 4, 2019 calendar;

3) By November 1, 2019, the debtors shall file amended Schedule A / B (Property). The debtors shall separately list their bank and credit union accounts on the amended Schedule A / B;

4) By November 1, 2019, the debtors shall provide the Trustee with a statement of the debtor's WSECU account(s) reflecting the balance of the account(s) as of the petition date;

ORDER DENYING CONFIRMATION - 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

5) The Trustee may immediately (pre-confirmation) begin making post-petition mortgage payments to Alaska USA Federal Credit Union, its successors and / or assigns, as soon as that entity files a proof of claim regarding the real property at 26637 170th Avenue Southeast, Covington, Washington; and

6) This order is without prejudice to the Trustee's Motion to Dismiss Case (ECF No. 26), which may be heard on the Court's November 20, 2019 calendar.

/ / /End of Order/ / /

Presented by:

*/s/ Jason Wilson-Aguilar*
JASON WILSON-AGUILAR, WSBA #33582
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124


Approved:

*/s/ Ellen Ann Brown* [approved by email]
Ellen Ann Brown, WSBA #27992
Attorney for Debtors